## DECLARATION OF DOUGLAS B. WELMAKER

1.      My name is Douglas B. Welmaker. I am over the age of eighteen years, have personal knowledge of the matters set forth herein, and am competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. Sec. 1746.

2.      I am an attorney licensed to practice law in the state of Texas, and am admitted to practice in all of the federal district courts in Texas. I have been licensed to practice law in the State of Texas since November 1993, and graduated from South Texas College of Law in May 1993. I have represented the Plaintiffs Erica Maurico and Janie Covarrubias ("Plaintiffs") as lead counsel throughout this lawsuit. The firm for which I work, Dunham & Jones, PC took on Plaintiffs representation on a contingency fee basis, which means that they have not paid the firm any money for representing them in this matter.

3.      I have been litigating and trying labor and employment lawsuits in state and federal courts in Texas since 1993. I have tried multiple cases to verdict in federal court, representing both plaintiffs and defendants in various types of matters. For the last several years, I have been primarily engaged in wage and hour litigation in federal court, including both individual and collective actions under the Fair Labor Standards Act ("FLSA"). I regularly represent plaintiffs in FLSA litigation in the United States Federal District Courts in the Northern, Southern, Eastern and Western Districts of Texas. My resume is attached to this declaration as Attachment 1.

4.      Plaintiffs retained the firm of Dunham & Jones, PC to represent them in this civil action for Defendants' violations of the FLSA, specifically for collection of unpaid overtime pay.

## Exhibit A

5.    I am personally familiar from my own experience, from my knowledge of other attorneys' billing rates in FLSA cases I have handled and from discussing with other attorneys what a reasonable billing rate for an attorney with similar experience to me is in the Northern District of Texas.  It is my opinion that a reasonable hourly rate for an attorney with similar experience and expertise as myself is $400.00 per hour.   Courts in both the Northern District of Texas (*Robinson v. Nexion Health at Terrell, Inc.*, CA 3:12-cv-03853, N. D. Tex., Dkt. 56, Feb. 11, 2015) and the Western District of Texas  (*Meesook v. Grey Canyon Family Medicine, PA, et al,* 2014 WL 5040133 (W.D. Tex. 2014) have found my hourly rate of $400 an hour to be reasonable.   Three years ago, in 2011, Judge Rosenthal of the Southern District of Texas approved my then-billing rate of $325.00, noting that another court in the Southern District had previously approved my $325.00 an hour rate in 2009.  *Riddle v. Tex-Fin, Inc.*, Civ. A. No. H-08-3121, 2011 WL 1103033 (S.D. Tex. March 22, 2011).

6.    Dunham & Jones, PC represented Plaintiffs on a contingency basis in this lawsuit. I have attached to this Declaration a printout from my firm's billing program, Salesforce, reflecting all hours worked on Plaintiffs' case (Attachment 2).  Although I have expended more time than I am seeking, it is my opinion that a reasonable number of hours spent on this matter is 243.4 hours (153.1 hours for me, 20.3 hours for David Langenfeld, who bills at $400.00 an hour, and 90.4 hours for Michael Parsons, who bills at $250.00 an hour).  Mr. Parsons is a 2011 graduate of St. Mary's Law School in San Antonio, Texas, and Judge Xavier Rodriguez approved his billing rate of $250.00 an hour in *Meesook v. Grey Canyon Family Medicine, PA, et al,* 2014 WL 5040133 (W.D. Tex. 2014).  Mr. Langenfeld is Board Certified in Labor and Employment Law, and has been litigating labor and employment cases since 1994.  His hourly rate of $400 an hour was approved by the court in *Robinson v. Nexion Health at Terrell, Inc.*, CA

2

3:12-cv-03853, N. D. Tex., Dkt. 56, Feb. 11, 2015. At the reasonable hourly rate of $400, the total reasonable and necessary fee, in my opinion, is $61,240.00 for me. At the reasonable hourly rate of $400, the total reasonable and necessary fee for David Langenfeld is $8,120. At the reasonable hourly rate of $250, the total reasonable and necessary fee for Michael Parsons is $22,600.00, for a total fee of $91,960.00. I wrote off numerous entries from the billing records that I felt were not productively spent in pursuit of Plaintiffs' case. I wrote off all time for any other attorneys/paralegals other than myself, David Langenfeld and Michael Parsons. Specifically, I removed all of Ben Michael's time (10 hours or $2,750.00), all of Monica Thomason's time (1.0 or $125.00), and all of Mitch Dooley's time (.80 or $320.00) for a total write-off of $3,195.00. All of these time entries are shaded in gray in the attached report.

7. After writing the above time off, I further excluded $20,385.00 of attorney time (28.40 hours or $11,360.00 for myself, and 36.1 hours, or $9,025.00 for Parsons) for unnecessary or duplicative tasks. These time entries that were written off are also shaded gray on the attached report. In conclusion, 263.8 hours to handle this matter up to the eve of trial is very reasonable.

8. Plaintiffs have also incurred court costs and recoverable expenses in this matter. These include Filing Fees ($400.00), Service of Process fees ($150.00), Deposition fees ($981.26), Delivery costs ($25.35 and $9.36), Copying and Bates Labeling ($769.78 and $186.18) (see Exhibit C to the Motion, Bill of Costs). These are costs and expenses that have been advanced by Dunham & Jones, PC on behalf of Plaintiffs, and which Plaintiffs are contractually obligated to reimburse this firm out of the recovery.

9. Based on the above, Plaintiffs' attorney's fees incurred in this matter amounts to $91,960.00 and costs and recoverable expenses total $2,521.93. It is my opinion that the time spent was necessary to the prosecution of Plaintiffs' claims, and that the time spent and amounts

3

charged are reasonable for the type of lawsuit, type of work performed, and based on my abilities and experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2015 in Austin, Texas.

4-23-15
_____
Dated

_____
Douglas B. Welmaker

4

Douglas B. Welmaker
Dunham & Jones, PC
1800 Guadalupe St.
Austin, Texas 78701
doug@dunhamlaw.com

Telephone  (512) 777-7777                                                                  Fax 512-340-4051

## EDUCATION

• The University of Texas at Austin, BA (1989) English major, Journalism minor

• South Texas College of Law, Houston, Texas, JD (1993) (graduated top 15%)
    -Assistant Editor, South Texas Law Review
    -American Jurisprudence Award, Torts I
    -Dean's List, 4 Semesters
    -Finalist: William J. Williamson Writing Contest
    -Order of the Lytae

## PROFESSIONAL EXPERIENCE

• Wickliff & Hall, Houston Texas, May 1992 through January 1995: litigated labor and employment matters for Fortune 500 clients, including Kroger, Safeway, Dow Chemical, and McDonald's; prepared numerous Motions for Summary Judgment resulting in dismissal of plaintiff's lawsuits; prepared and responded to discovery; prepared and argued pre-trial motions and responses; sat second-chair for the trial of three cases (two in federal court, one in state) all of which resulted in defense verdicts; prepared and edited employee handbooks, policies and procedures; advised firm clients with respect to human resources issues, investigations, and management and avoidance of lawsuits.

• Brown McCarroll, LLP, Houston, Texas, January 1995 through January 1997: litigated labor and employment matters, including workmen's compensation retaliation cases; drafted dispositive motions for Fortune 500 oil and gas company; drafted affirmative action policies as well as employee handbooks, policies and procedures; assisted in resolution of Unfair Labor Practice claims brought by union against energy company; assisted in handling OSHA investigation resulting in favorable outcome for firm's client.

• Preston & Cowan, LLP, Houston, Texas, February 1997 through October 2001: litigated nursing home medical malpractice cases for what was, at the time, the nation's second largest nursing home operator; also litigated insurance defense cases; litigated employment law matters; led defense of a client in an OSHA investigation of a workplace death, prevailed in temporary restraining order/temporary injunction matter involving two former employees accused of violating their covenants not to compete; led construction company's defense during OSHA investigation of multiple workplace deaths.

• Petroff & Associates, Dallas, Texas, October 2001 through January 2004: litigated and assisted in the management of mass tort docket (fen-phen diet drug litigation) for firm that won the first jury verdict against American Home Products/Wyeth.  Managed, coordinated and engaged in trouble shooting cases for thousands of firm clients and hundreds of referring attorneys on a nationwide basis; prepared and presented multiple

Attachment 1

plaintiffs for deposition, deposed AHP/Wyeth experts including doctors and epidemiologists; prepared all trial exhibits; responsible for assisting any firm in any part of the country that had an imminent trial setting against AHP/Wyeth with trial and exhibit strategy; assisted in management of cases submitted to the American Home Products Trust for payment.

•Cowan & Lemmon, LLP, Houston, Texas, January 2004 through February 2008: started the firm's Houston office, litigated all phases of medical malpractice and employment related matters; developed employee policies and procedures for firm clients; litigated multiple covenant not to compete matters; prevailed in temporary restraining order/temporary injunction matter for employee accused of violating covenant not to compete.

•Of Counsel, Warren & Siurek, LLP, Houston, Texas, March 2008 through February 2011: developed and grew practice focusing on litigation of Fair Labor Standards Act ("FLSA") cases in Federal Court; handled all aspects of FLSA matters from original meeting with client through trial; first-chaired FLSA trial in Houston Federal District Court before Judge Lee Rosenthal and obtained a favorable jury verdict at the original trial and a favorable jury verdict on retrial.

•Level 2 Review, Tyler, Texas, August 2011 to March 2013: assist with e-discovery, compliance, and privilege projects for Fortune 50 companies; work with counsel to identify key documents for trial and advise on privilege matters; assist with numerous compliance reviews - verify/advise on company compliance with both internal policy and federal antitrust law; work with trial counsel in identifying concerns and key documents for DOJ review of mergers.

•Dunham & Jones, P.C., Austin, Texas.  April 2013 to present: supervised employment litigation section of the firm; responsible for all aspects of litigation management and strategy; developed firm procedure for litigating employment lawsuits from start to finish; assisted in development of proprietary case management software; responsible for training new associates.

## ADMITTED TO PRACTICE:

•The State Bar of Texas
•U.S. Fifth Circuit Court of Appeals
•U.S. District Courts for the Northern, Southern, and Eastern Districts of Texas

2

| Date Incurred | Transaction Type | Incurred By | Billable Hours | Hours Worked | Transaction | Transaction Description | Notes |
|---|---|---|---|---|---|---|---|
| 7/31/13 | Time | Doug Welmaker | 400 | 1 | Client Conference | Client conference | Doug Welmaker: 3 initial intake conferences with Janie Covrrubias and Erica Mauricio |
| 7/31/13 | Time | Monica Thomason | 62.5 | 0.5 | Initial File Set Up | Initial File Set Up | Monica Thomason: Mauricio |
| 7/31/13 | Time | Monica Thomason | 62.5 | 0.5 | Initial File Set Up | Initial File Set Up | Monica Thomason: Covarrubias |
| 8/2/13 | Time | Doug Welmaker | 120 | 0.3 | Client Conference | Client conference | Doug Welmaker: multiple conferences with client |
| 8/2/13 | Time | Doug Welmaker | 80 | 0.2 | Conference - Internal | Conference - Internal | Doug Welmaker: with CM re: next steps |
| 8/5/13 | Time | Michael Parsons | 50 | 0.2 | Correspondence with third party | Correspondence with third party | |
| 8/5/13 | Time | Michael Parsons | 250 | 1 | Document Preparation | Document Preparation | |
| 8/5/13 | Time | Michael Parsons | 25 | 0.1 | Conference - Internal | Conference - Internal | |
| 8/6/13 | Time | Michael Parsons | 375 | 1.5 | Attention to File | Attention to file | |
| 8/6/13 | Time | Michael Parsons | 125 | 0.5 | Attention to File | Attention to file | |
| 8/6/13 | Time | Michael Parsons | 25 | 0.1 | Conference - Internal | Conference - Internal | |
| 8/14/13 | Time | Michael Parsons | 25 | 0.1 | Conference with third party | Conference with third party | |
| 8/19/13 | Time | Michael Parsons | 25 | 0.1 | Correspondence with third party | Correspondence with third party | |
| 8/20/13 | Time | Doug Welmaker | 480 | 1.2 | Client Correspondence | Client Correspondence | Doug Welmaker: Prepare initial letter to assist clients in determining damages |
| 8/20/13 | Time | Doug Welmaker | 80 | 0.2 | Client Correspondence | Client Correspondence | Doug Welmaker: Email re: initial facts of case |
| 8/26/13 | Time | Michael Parsons | 25 | 0.1 | Attention to File | Attention to file | |
| 8/29/13 | Time | Michael Parsons | 25 | 0.1 | Conference - Internal | Conference - Internal | |
| 9/4/13 | Time | Doug Welmaker | 80 | 0.2 | Client Conference | Client conference | Doug Welmaker: with Erica re: damage estimate |
| 9/11/13 | Time | Doug Welmaker | 80 | 0.2 | Client Conference | Client conference | Doug Welmaker: with Janie re: status of calculations |
| 9/20/13 | Time | Michael Parsons | 25 | 0.1 | Client Conference | Client conference | |
| 10/15/13 | Time | Doug Welmaker | 160 | 0.4 | Client Conference | Client conference | Doug Welmaker: with CM |

Attachment 2

| Date | Type | Name | Amount | Hours | Category | Category | Description |
|---|---|---|---|---|---|---|---|
| 10/15/13 | Time | Michael Parsons | 125 | 0.5 | Client Conference | Client conference | |
| 10/29/13 | Time | Doug Welmaker | 1000 | 2.5 | Attention to File | Attention to file | Doug Welmaker: Review client documents, research possible defenses, conference with clients |
| 10/29/13 | Time | Michael Parsons | 687.5 | 2.75 | Document Review | Document Review | |
| 10/29/13 | Time | Michael Parsons | 75 | 0.3 | Conference - Internal | Conference - Internal | |
| 10/29/13 | Time | Michael Parsons | 200 | 0.8 | Client Conference | Client conference | |
| 10/30/13 | Time | Doug Welmaker | 40 | 0.1 | Attention to File | Attention to file | Doug Welmaker: Review file and plan next steps that need to be taken |
| 10/30/13 | Time | Michael Parsons | 25 | 0.1 | Conference - Internal | Conference - Internal | |
| 11/5/13 | Time | Doug Welmaker | 200 | 0.5 | Client Conference | Client conference | Doug Welmaker: Re: possible damages models we may face |
| 11/8/13 | Time | Doug Welmaker | 40 | 0.1 | Client Conference | Client conference | Doug Welmaker: Review email from client, call client, LVM. |
| 11/14/13 | Time | David Langenfeld | 200 | 0.5 | Research | Research | David Langenfeld: legal rsch |
| 11/19/13 | Time | Doug Welmaker | 800 | 2 | Client Correspondence | Client Correspondence | Doug Welmaker: Prepare damages estimate, prepare letter to clients setting out possible outcomes in this matter |
| 11/19/13 | Time | Michael Parsons | 125 | 0.5 | Document Review | Document Review | |
| 11/20/13 | Time | Doug Welmaker | 200 | 0.5 | Client Correspondence | Client Correspondence | Doug Welmaker: Finalize and edit damages letter to clients |
| 12/4/13 | Time | Doug Welmaker | 80 | 0.2 | Conference - Internal | Conference - Internal | Doug Welmaker: re: status and strategy |
| 12/4/13 | Time | Michael Parsons | 25 | 0.1 | Conference - Internal | Conference - Internal | |
| 12/6/13 | Time | Michael Parsons | 25 | 0.1 | Conference - Internal | Conference - Internal | |
| 12/18/13 | Time | Michael Parsons | 62.5 | 0.25 | Conference - Internal | Conference - Internal | |
| 1/7/14 | Time | David Langenfeld | 80 | 0.2 | Conference - Internal | Conference - Internal | David Langenfeld: DW re strategy |
| 1/7/14 | Time | Doug Welmaker | 1160 | 2.9 | Prepare pleadings | Prepare pleadings | Doug Welmaker: Review revise and edit Complaint, update defendant |
| 1/8/14 | Time | David Langenfeld | 120 | 0.3 | Document Review | Document Review | David Langenfeld: re complaint |

| Date | Type | Name | Amount | Hours | Category | Description | Detail |
|---|---|---|---|---|---|---|---|
| 1/9/14 | Time | Doug Welmaker | 880 | 2.2 | Prepare pleadings | Prepare pleadings | Doug Welmaker: Review and edit Complaint, conference with clients, file Complaint and other associated documents |
| 1/13/14 | Time | Doug Welmaker | 80 | 0.2 | Client Conference | Client conference | Doug Welmaker: multiple conferences re: defendants taking actions at work re: lawsuit |
| 1/13/14 | Time | Doug Welmaker | 280 | 0.7 | Prepare pleadings | Prepare pleadings | Doug Welmaker: revise complaint |
| 1/15/14 | Time | Doug Welmaker | 200 | 0.5 | Client Conference | Client conference | Doug Welmaker: Re: EM's demotion |
| 1/21/14 | Time | Doug Welmaker | 40 | 0.1 | File Review | File Review | Doug Welmaker: re: strategy |
| 1/24/14 | Time | Doug Welmaker | 120 | 0.3 | Client Conference | Client conference | Doug Welmaker: re: facts of case |
| 2/9/14 | Time | Doug Welmaker | 40 | 0.1 | Attention to File | Attention to file | Doug Welmaker: Determine strategy, what our next actions need to be |
| 2/10/14 | Time | Doug Welmaker | 120 | 0.3 | Prepare pleadings | Prepare pleadings | Doug Welmaker: Joint plan, forward same to defense counsel |
| 2/27/14 | Time | Doug Welmaker | 120 | 0.3 | Correspondence | to clients re: initial disclosures by Defendants | both plaintiffs to review the names listed in Defendants' Initial Disclosures, both to submit this back to me in writing. |
| 2/27/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with CM re: strategy | |
| 2/27/14 | Time | T. Mitchell Dooley | 80 | 0.2 | Conference | w DW re strategy | |
| 3/3/14 | Time | Doug Welmaker | 40 | 0.1 | Correspondence | email to clients re: witnesses | To include in initial disclosures. I have asked for this already re: Defendant's initial disclosures. |
| 3/3/14 | Time | Doug Welmaker | 80 | 0.2 | Correspondence | multiple emails from plaintiffs re: possible witnesses | multiple emails from plaintiffs re: possible witnesses |
| 3/3/14 | Time | Doug Welmaker | 440 | 1.1 | Document Preparation | Begin preparing initial disclosures | |
| 3/3/14 | Time | Doug Welmaker | 200 | 0.5 | Document Preparation | Continue work on initial disclosures | Continue work on initial disclosures |
| 3/3/14 | Time | Doug Welmaker | 80 | 0.2 | Document Review | Review draft initial disclosures | |
| 3/4/14 | Time | Ben Michael | 605 | 2.2 | Document Review | document review | reviewed call logs |
| 3/4/14 | Time | David Langenfeld | 80 | 0.2 | Conference | inter office DW re | re R26 disclosures and documents |

| Date | Type | Name | Amount | Hours | Category | Description | Detail |
|---|---|---|---|---|---|---|---|
| 3/4/14 | Time | David Langenfeld | 80 | 0.2 | Conference | inter office DW re strategy | re R26 disclosures and documents and propounding discovery |
| 3/4/14 | Time | Doug Welmaker | 160 | 0.4 | Correspondence | communicate with both plaintiffs re: | |
| 3/4/14 | Time | Doug Welmaker | 40 | 0.1 | Conference | with MD re: strategy | with MD re: strategy |
| 3/4/14 | Time | Doug Welmaker | 160 | 0.4 | Conference | Conference with Janie re: facts of | |
| 3/4/14 | Time | T. Mitchell Dooley | 80 | 0.2 | Conference | mt w DW and DL regarding disclosures | regarding whether records the plaintiffs sent us were privileged or not |
| 3/4/14 | Time | T. Mitchell Dooley | 40 | 0.1 | Conference | w DW regarding strategy | w DW regarding strategy |
| 3/4/14 | Time | T. Mitchell Dooley | 40 | 0.1 | Attention to File | draft memo to file regarding status and to-do list | draft memo to file regarding status and to-do list |
| 3/5/14 | Time | Ben Michael | 275 | 1 | Document Preparation | Mauricio- prepared discovery requests | prepared rogs and RFPs |
| 3/5/14 | Time | Ben Michael | 275 | 1 | Document Preparation | Covarrubias- prepared discovery | prepared rogs and RFPs |
| 3/5/14 | Time | Doug Welmaker | 440 | 1.1 | Preparation | Initial disclosures, revise and edit same | |
| 3/17/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with MD re: strategy | Status meeting with Mitch, update actions we need to take |
| 3/17/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called client | |
| 3/17/14 | Time | Michael Parsons | 25 | 0.1 | Correspondence | Emailed client | Re: dates of employment |
| 3/17/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called client | Called client. |
| 3/17/14 | Time | Michael Parsons | 175 | 0.7 | Document Preparation | Drafting | Drafted Plaintiff's Third Amended Complaint to include a retaliation Claim. |
| 3/17/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Mauricio-Spoke to client | Re: dates of employment |
| 3/17/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Mauricio-Client Called | Client called re: demotion. |
| 3/17/14 | Time | Michael Parsons | 50 | 0.2 | Document Review | review documents | Started working on Plaintiff's Unopposed Motion for Leave to File Plaintiff's 3rd Amended Complaint. |
| 3/17/14 | Time | T. Mitchell Dooley | 80 | 0.2 | Conference | W DW re strategy | Meeting with Doug to determine best strategy going forward |

| Date | Type | Name | Amount | Hours | Category | Subject | Description |
|---|---|---|---|---|---|---|---|
| 3/18/14 | Time | Michael Parsons | 125 | 0.5 | Document Preparation | Drafting | Drafted Unopposed Motion for Leave to File Plaintiffs' Third Amended Complaint. |
| 3/21/14 | Time | Ben Michael | 440 | 1.6 | Document Preparation | Mauricio-prepared discovery requests | prepared Rogs and RFPs |
| 3/21/14 | Time | Ben Michael | 440 | 1.6 | Document Preparation | Covarrubias-prepared discovery | prepared Rogs and RFPs |
| 3/21/14 | Time | Doug Welmaker | 1000 | 2.5 | Preparation | discovery | Only sending this round of discovery to Phillip Galyen PC d/b/a Bailey & Galyen. |
| 3/26/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Returned Client call | Left her a message to call me back |
| 3/26/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called client back again | Called client |
| 3/27/14 | Time | Doug Welmaker | 120 | 0.3 | Correspondence | review email, listen to VM re: text messages from plaintiffs, conference with DL re: same | |
| 3/28/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | Re: damages |
| 3/28/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | Re: damages |
| 3/28/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed Client | Emailed Erica Damage Analysis |
| 3/31/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed client | Emailed Damage Analysis |
| 4/1/14 | Time | Michael Parsons | 75 | 0.3 | Correspondence | Client Letter | Sent Client letter with Damages Analysis, Certified and Regular |
| 4/3/14 | Time | Michael Parsons | 25 | 0.1 | Correspondence | Track Letter to Client | Processed through USPS Sort Facility Fort Worth, Texas , April 3, 2014 at 2:227 am |
| 4/8/14 | Time | Doug Welmaker | 600 | 1.5 | Document Review | review defendants' discovery to plaintiffs; prepare letter to plaintiffs re: this discovery and strategy moving forward | |
| 4/8/14 | Time | Michael Parsons | 25 | 0.1 | Attention to File | Discovery | Received and Scanned in to X drive Defendant's first Interrogatories and RFPs |
| 4/11/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | Left a message to call back. |
| 4/11/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | re: discovery |
| 4/11/14 | Time | Michael Parsons | 50 | 0.2 | Correspondence | Letter to Client | Sent Damages Analysis |

| Date | Type | Name | | | | Category | Description | Notes |
|---|---|---|---|---|---|---|---|---|
| 4/13/14 | Time | Doug Welmaker | 40 | | 0.1 | Attention to File | Strategy review, determine next steps | Review what needs to be done to move case forward |
| 4/17/14 | Time | Doug Welmaker | 40 | | 0.1 | File Review | strategy, determine next actions that need to be taken | File review to determine what needs to be done |
| 4/23/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Called Client | She said she will email us her discovery today. |
| 4/23/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Called Client (Janie) | Re: discovery |
| 4/25/14 | Time | Doug Welmaker | 440 | | 1.1 | Document | discovery response | Absolute D/L Due May 5 |
| 4/25/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Called Client | Re: discovery |
| 4/25/14 | Time | Michael Parsons | 1075 | | 4.3 | Document Review | Review Documents Produced | Reviewed Documents produced by clients. |
| 4/25/14 | Time | Michael Parsons | 75 | | 0.3 | Attention to File | Discovery | Getting Documents produced by Clients Batestamped |
| 4/28/14 | Time | Doug Welmaker | 120 | | 0.3 | Correspondence | back and forth with OC re: production of Mauricio's texts | They are trying to subpoena all of her text messages. |
| 4/28/14 | Time | Doug Welmaker | 120 | | 0.3 | Document | discovery docs to be | |
| 4/28/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Called Client | Left message re: discovery |
| 4/28/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Janie-Called Client | |
| 4/28/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Janie-Called Client | Re: discovery |
| 4/28/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Called Client | Need client to clarify some of her Discovery responses. |
| 4/28/14 | Time | Michael Parsons | 50 | | 0.2 | Telephone Call | client called back | She helped clarify some of her answers. |
| 4/28/14 | Time | Michael Parsons | 275 | | 1.1 | Document Preparation | Discovery | Putting together Plaintiffs' Discovery Responses. |
| 4/28/14 | Time | Michael Parsons | 75 | | 0.3 | Attention to File | Discovery | Picking up Discovery Documents BateStamped and Copied |
| 4/30/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Called Client | Re: Discovery Responses. |
| 4/30/14 | Time | Michael Parsons | 25 | | 0.1 | Document Preparation | Discovery | Edit Fact witnesses in initial disclosures |
| 5/1/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Janie-Called Client | |
| 5/1/14 | Time | Michael Parsons | 25 | | 0.1 | Email | Janie-Emailed Client | Re: Discovery Responses. |
| 5/1/14 | Time | Michael Parsons | 25 | | 0.1 | Research | Called Client back | Re: Discovery Responses. |
| 5/2/14 | Time | Michael Parsons | 100 | | 0.4 | Document Preparation | Janie-Discovery Responses | Working on Discovery Responses |

| Date | Type | Person | Amount | Hours | Category | Subject | Description |
|---|---|---|---|---|---|---|---|
| 5/2/14 | Time | Michael Parsons | 50 | 0.2 | Document Preparation | Janie-Discovery Responses | Working on Discovery Responses |
| 5/2/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Janie-Client Called | re: discovery |
| 5/5/14 | Time | Doug Welmaker | 2240 | 5.6 | Document Preparation | review revise and edit plaintiffs' discovery responses and objections | Sent out via certified mail today and via fax |
| 5/5/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed both clients | Re: Discovery Responses. |
| 5/5/14 | Time | Michael Parsons | 75 | 0.3 | Document Preparation | Discovery Responses | Working on Discovery Responses |
| 5/5/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Janie-Called client | Asked about meeting with Galyen in May of 2013. |
| 5/5/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Erica-Called client | Asked about meeting with Galyen in May of 2013. |
| 5/5/14 | Time | Michael Parsons | 150 | 0.6 | Document Preparation | Janie-Discovery Responses | Working on Discovery Responses for Janie |
| 5/5/14 | Time | Michael Parsons | 600 | 2.4 | Document Preparation | Discovery Responses | Preparing Discovery Responses |
| 5/5/14 | Time | Michael Parsons | 150 | 0.6 | Document Review | Documents for Production | Went through the documents to determine which BateStamps refer to what. |
| 5/6/14 | Time | Doug Welmaker | 120 | 0.3 | Conference | with MP re: discovery documents | Janie produced additional docs that are emails that we need to produce in our first supplemental response to Defendants' RFP's. |
| 5/6/14 | Time | Michael Parsons | 100 | 0.4 | Attention to File | Defendants Discovery Responses | Scanning Defendants Answers to Interrogatories and Requests for Production into X drive |
| 5/6/14 | Time | Michael Parsons | 125 | 0.5 | Correspondence | Sending Discovery Responses | Getting Discovery Responses organized, transmittal letter prepared, and sent overnight |
| 5/16/14 | Time | Doug Welmaker | 80 | 0.2 | Attention to File | Review file, determine what our next steps should be | We need to finish calculating bond hours, we need to try to get copies of plaintiffs' text messages, we need to start taking depositions after we go through all documents produced by Defendants |
| 5/18/14 | Time | Michael Parsons | 75 | 0.3 | Document Review | Review Documents | Reviewing Weekly Bond and General Logs |
| 5/19/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with MP re: facts of case | Re: getting plaintiffs to ask for their text messages from their phone carrier for the last three years |

| Date | Type | Name | Amount | Hours | Category | Subject | Description |
|------|------|------|--------|-------|----------|---------|-------------|
| 5/19/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with MP re: obtaining phone records | Janie can get only numbers that she sent to and received from. |
| 5/19/14 | Time | Michael Parsons | 50 | 0.2 | Correspondence | Janie-Called and Emailed | Called Janie |
| 5/19/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Erica-Called Client | Called Erica about hours spent working on the phones through the call logs. |
| 5/19/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Janie-Called Client back | Re: pulling hours out of the weekly logs. |
| 5/19/14 | Time | Michael Parsons | 25 | 0.1 | Email | Erica-Emailed Client | I asked client to let me know who her cell phone provider is and that I need it to attempt obtain text messages. |
| 5/19/14 | Time | Michael Parsons | 25 | 0.1 | Email | Janie-Emailed Client | I asked client to let me know who her cell phone provider is and that I need it to attempt obtain text messages. |
| 5/20/14 | Time | Michael Parsons | 25 | 0.1 | Email | Erica-Client email | Erica sent me her cell phone provider and cell # |
| 5/20/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Janie-Called Client | Called client to discuss weekly call logs and cell phone provider |
| 5/20/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Janie-Memo to File | The bond weekly call logs are a little different than the general. The bond calls that did not hire them took an average of 30 minutes. The bond calls that did hire them took an average of 2 hours. |
| 5/20/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Erica-Client called | Client said her phone was a company phone and Defendants should have access to those records. She confirmed what Janie said about the call logs (general and bond) |
| 5/21/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Janie-Client Called | Discussion about cell phone records |
| 5/21/14 | Time | Michael Parsons | 25 | 0.1 | Email | Janie-Emailed Client | I asked Janie to send the list of bond calls that hired them. |
| 5/27/14 | Time | Doug Welmaker | 120 | 0.3 | Document Review | review call logs; conference with JC re: same | Jennifer is putting together a spreadsheet for all bond calls and general calls for both plaintiffs |
| 5/27/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Mauricio-Returned Client Call | Left a message |
| 5/29/14 | Time | Doug Welmaker | 120 | 0.3 | Conference | with MP re: damages analysis | Discussion about calculating all bond hours. |
| 5/29/14 | Time | Michael Parsons | 75 | 0.3 | Document Review | Review Documents | Reviewing Call Log Spreadsheet for both Plaintiffs |

| Date | Type | Name | Amount | Hours | Category | Activity | Description |
|---|---|---|---|---|---|---|---|
| 5/29/14 | Time | Michael Parsons | 25 | 0.1 | Document Review | Review Document | EM. Counting total hours on phones after hours. 255 hours |
| 5/29/14 | Time | Michael Parsons | 75 | 0.3 | Document Review | Review Document | JC. Counting total hours on phones after hours. 1,615.5 hours total. 327.5 hours are before 1/9/2011 (3 years prior to filing suit. So, 1,288 hours were spent on the phone after hours by JC during the three year SOL. |
| 5/29/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called AT&T | EM-Called AT&T to see how to get text message records. They told me I needed a court Order or Subpoena. The phone number is Defendant's, so they can access the records easier. The address to mail the request is: AT&T Subpoena Compliance Center 308 S. Akard, 14th Floor M Dallas, Texas 75202 |
| 5/29/14 | Time | Michael Parsons | 75 | 0.3 | Telephone Call | Called T-Mobile | JC. Called T-Mobile to see how to get text message records. The address to send it to is: T-Mobile Wireless Legal Department 12920 SE 38th St. Bellevue, Washington 98006 |
| 5/29/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Returned Client Call | EM. Left a message |
| 5/29/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | EM. Left a message |
| 5/29/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Legal Connection about Subpoena | All Clients. Called the Legal Connection, owner Debbie Harzer at 512-496-5155. Left a message. need to get a price quote on getting a subpoena for text messages. |
| 5/29/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Legal Connection Called back | All Clients. Legal Connection, owner Debbie Harzer at 512-496-5155. Subpoena of Texts from T-Mobile $125 Fee, done by Deposition by Written Questions $.55 per page $50-$60 Custodian Fee |
| 6/2/14 | Time | Doug Welmaker | 160 | 0.4 | Document Preparation | conference with OC re: joint status report on settlement negotiations; prepare Joint Report | |
| 6/3/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | EM. I returned EM's call |

| Date | Type | Name | Amount | Hours | Category | Description | Notes |
|---|---|---|---|---|---|---|---|
| 6/3/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to file | EM. EM asked if there wan an update. I asked her how she and Janie were paid for the after hours calls. |
| 6/5/14 | Time | Doug Welmaker | 200 | 0.5 | Document Review | Review discovery documents produced by Defendants | |
| 6/5/14 | Time | Michael Parsons | 125 | 0.5 | Document Review | Review Documents | All Plaintiffs. Review Documents supplied by Plaintiffs for possible Supplemental Production. |
| 6/10/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed Client | JC. Re facts of case |
| 6/12/14 | Time | Ben Michael | 55 | 0.2 | Conference | strategy conference | tree meeting |
| 6/12/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client called | EM. Status update |
| 6/12/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | EM. Status update on damages. |
| 6/12/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed Client | JC. |
| 6/12/14 | Time | Michael Parsons | 25 | 0.1 | Conference | Tree Meeting | All Plaintiffs. Strategy Meeting with DW, JC, CJ, MS, and BM |
| 6/12/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | | JC. Drafted Letter for JC. |
| 6/19/14 | Time | Michael Parsons | 50 | 0.2 | Research | Client Called | EM. EM called. |
| 6/19/14 | Time | Michael Parsons | 75 | 0.3 | Attention to File | Memo to File | EM. EM wanted to know if there was an update. |
| 6/25/14 | Time | Michael Parsons | 25 | 0.1 | Email | Responded to Client Email | JC. JC emailed asking what the next step in the case was. |
| 6/25/14 | Time | Michael Parsons | 600 | 2.4 | Document Review | Review Documents | JC. Reviewing JC paystubs and hours worked. |
| 6/25/14 | Time | Michael Parsons | 275 | 1.1 | Document Review | Review Documents | EM. Reviewing EM paystubs and hours worked. |
| 6/26/14 | Time | Doug Welmaker | 480 | 1.2 | Conference | with MP re: damages for each | Research the additional pay plaintiffs received for the bond hours |
| 6/26/14 | Time | Michael Parsons | 400 | 1.6 | Conference | with DW re: damages for each | Re: calculation of damages with bond hours; we have copied the relevant |
| 6/27/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | EM. Left message to call me about her lunch hours. |
| 6/27/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | 0.1 | JC. I need to ask her about lunches |
| 6/27/14 | Time | Michael Parsons | 75 | 0.3 | Telephone Call | returned Client Call | EM. Client left a message. I returned call. |
| 6/27/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to File | EM. She said if the records do not show 4 punches for the day, then she |

| Date | | Name | | Hours | | | |
|---|---|---|---|---|---|---|---|
| 7/1/14 | Time | Michael Parsons | 550 | 2.2 | Document Review | Review Documents | All Plaintiffs. Going through Call logs, Spreadsheets, and paystubs to |
| 7/1/14 | Time | Michael Parsons | 100 | 0.4 | Attention to File | Created Key for | All Plaintiffs. Created a key to explain |
| 7/2/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | JC. See Memo to File |
| 7/2/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to File | JC. Called client to see if the Bond |
| 7/3/14 | Time | Michael Parsons | 750 | 3 | Document Preparation | Settlement Demand | All Plaintiffs. Calculating Damages and preparing Settlement Demand |
| 7/7/14 | Time | Doug Welmaker | 480 | 1.2 | Document Preparation | Prepare expert reports and expert | |
| 7/7/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Called | JC. Status update |
| 7/7/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | JC. Memo to file |
| 7/8/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Called | JC. Status update |
| 7/10/14 | Time | Doug Welmaker | 440 | 1.1 | Conference | with client EM re: | Erica spent 3 hours per night on |
| 7/10/14 | Time | Doug Welmaker | 120 | 0.3 | Conference | with JC re: facts | |
| 7/10/14 | Time | Doug Welmaker | 160 | 0.4 | Conference | with MP re: | Discussion of hours worked |
| 7/10/14 | Time | Doug Welmaker | 1080 | 2.7 | Document | review documents | |
| 7/10/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Called | EM. Client called and I could not take |
| 7/10/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to File | EM. Timeline on settlement demand. |
| 7/10/14 | Time | Michael Parsons | 275 | 1.1 | Conference | with client EM re: hours worked, conf | Discussion about distribution of after hours work. |
| 7/10/14 | Time | Michael Parsons | 675 | 2.7 | Document Preparation | review documents produced by OC; continue preparing | Assisted DW in reviewing docs produced by OC to see OT hours worked |
| 7/10/14 | Time | Michael Parsons | 100 | 0.4 | Conference | with DW re: damages | Discussion of hours worked |
| 7/11/14 | Time | Doug Welmaker | 840 | 2.1 | Document | Continue | |
| 7/11/14 | Time | Michael Parsons | 100 | 0.4 | Document | Review Settlement | All Plaintiffs. Reviewed Settlement |
| 7/15/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Called | EM. EM called to check up. See Memo |
| 7/15/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to File | EM. EM wanted an update. |
| 7/16/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client called | JC. Wanted to know what Settelment Demand was for. |
| 7/16/14 | Time | Michael Parsons | 25 | 0.1 | Attention to File | Memo to File | JC. JC asked about attorney's fees |
| 7/22/14 | Time | Doug Welmaker | 40 | 0.1 | Conference | with MP re: plaintiff EM | wants to know about retaliation damages such as moving expenses |

| Date | Type | Person | Amount | Hours | Activity | Subject | Description |
|---|---|---|---|---|---|---|---|
| 7/22/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Returned Client Call | Wanted a status update. |
| 7/28/14 | Time | Doug Welmaker | 40 | 0.1 | Correspondence | review email from | |
| 7/30/14 | Time | Doug Welmaker | 40 | 0.1 | Document | review MP's notes | |
| 7/30/14 | Time | Doug Welmaker | 40 | 0.1 | Conference | with MP re: JC | Janie sent a draft of her disciplinary |
| 7/30/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Called | See Memo to File |
| 7/30/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to File | JC. JC called about an incident that took place on 7/18/2014 regarding |
| 7/30/14 | Time | Michael Parsons | 25 | 0.1 | Correspondence | Called and Emailed Client | Called, no answer |
| 7/30/14 | Time | Michael Parsons | 25 | 0.1 | Document Preparation | Reviewing Documents | trying to make sense of a string of text messages sent by JC |
| 7/30/14 | Time | Michael Parsons | 50 | 0.2 | Email | Verification Page | Prepared a Verification Page for EM |
| 7/30/14 | Time | Michael Parsons | 25 | 0.1 | Attention to File | Verification Page | JC. Received signed and notarized Verification page via email from JC. |
| 7/31/14 | Time | Doug Welmaker | 40 | 0.1 | Conference | with DL, CJ and JC | |
| 7/31/14 | Time | Michael Parsons | 50 | 0.2 | Research | Client called | See memo to File |
| 7/31/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to File | EM called re: verification page |
| 7/31/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Both Clients | Set up Conference Call with JC and EM |
| 7/31/14 | Time | Michael Parsons | 25 | 0.1 | Conference | Meeting | Strategy meeting with DL, DW, JC, CJ, and BM |
| 8/1/14 | Time | Doug Welmaker | 120 | 0.3 | Conference | with EM re: status of | Discussion re: settlement demand, |
| 8/1/14 | Time | Doug Welmaker | 120 | 0.3 | Conference | with JC re: status of | Discussion re: settlement demand, |
| 8/1/14 | Time | Michael Parsons | 75 | 0.3 | Conference | with JC re: status of case | Discussion re: settlement demand, upcoming depos, and trial. |
| 8/1/14 | Time | Michael Parsons | 75 | 0.3 | Conference | with EM re: status of case | Discussion re: settlement demand, upcoming depos, and trial. |
| 8/5/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with OC re: discovery issues | He wants us to revisit our answers to rogs and rfp's, he also says that he |
| 8/5/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed Client | Re verification page |
| 8/5/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Called | JC. Re: depos. |
| 8/5/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Returned Client Call | EM |
| 8/5/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed Client | |

| Date | Type | Person | Amount | Hours | Activity | Description | Notes |
|---|---|---|---|---|---|---|---|
| 8/7/14 | Time | Doug Welmaker | 40 | 0.1 | Correspondence | review OC's email to me; respond back to same | They want us to review all of our discovery answers and basically supplement them all. I told them to tell |
| 8/7/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | Re: verification page |
| 8/8/14 | Time | Michael Parsons | 75 | 0.3 | Telephone Call | Returned Client Call | Called EM back re: depos. |
| 8/12/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Returned Client Call | JC re: mediation |
| 8/14/14 | Time | Doug Welmaker | 120 | 0.3 | Conference | strategy conference with JC, CJ and DL | Tree meeting and prep for same |
| 8/15/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with client re: potential witness | JC re: witness Lisa Cheney |
| 8/15/14 | Time | Michael Parsons | 450 | 1.8 | Document Review | Expert Report | Reviewed Defendants' Expert report. |
| 8/15/14 | Time | Michael Parsons | 25 | 0.1 | Conference | Meeting | Strategy Meeting with DL, DW, JC, BM, and CJ |
| 8/18/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with MP re: expert report | |
| 8/18/14 | Time | Michael Parsons | 350 | 1.4 | Document Preparation | Settlement Demand | Re-worked Settlement Demand. |
| 8/19/14 | Time | Michael Parsons | 25 | 0.1 | Attention to File | Voicemail | EM left a message about an App. she and JC had on their phones. |
| 8/20/14 | Time | David Langenfeld | 80 | 0.2 | Conference | office conference | re possible spoliation issue involving |
| 8/20/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with Janie C re: witnesses | Witness Lisa Cheney and Paul Crouch |
| 8/20/14 | Time | Doug Welmaker | 200 | 0.5 | Conference | Multiple conversations with | |
| 8/20/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with EM re: facts of case | |
| 8/20/14 | Time | Doug Welmaker | 360 | 0.9 | Conference | with JC and EM re: Defendants' August | |

| Date | | Name | | | Category | | |
|---|---|---|---|---|---|---|---|
| 8/20/14 | Time | Doug Welmaker | 200 | 0.5 | Conference | with EM re: discovery issues; note to file | |
| 8/20/14 | Time | Doug Welmaker | 1040 | 2.6 | Document Review | Review Defendants' discovery requests; review our responses, review documents produced in response to discovery | Please see previous notes to file written today |
| 8/20/14 | Time | Doug Welmaker | 920 | 2.3 | Document Preparation | Review and prepare response to Defendants' August 18, 2014 letter; conference with | Please see previous notes to file written today |
| 8/21/14 | Time | Doug Welmaker | 480 | 1.2 | Conference | Multiple conferences with both clients re: | mainly upcoming depos and phone issues |
| 8/21/14 | Time | Doug Welmaker | 40 | 0.1 | Conference | Multiple conferences | Christine Martinez needs to be added |
| 8/22/14 | Time | David Langenfeld | 120 | 0.3 | Legal Research | re damages | re deft's expert report |
| 8/22/14 | Time | David Langenfeld | 320 | 0.8 | Document Review | Deft's expert report | re deft's expert report |
| 8/22/14 | Time | Doug Welmaker | 360 | 0.9 | Document | review expert report, | Expert desig d/l is end of August |
| 8/22/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Client Documents | Saving and Batestamping JC's paychecks |
| 8/26/14 | Time | David Langenfeld | 800 | 2 | Conference | DW re experts and legal rsch | reviewed report and considered possible courses of action |
| 8/26/14 | Time | Doug Welmaker | 1240 | 3.1 | Document | Review expert | Talking to an expert tomorrow, Richard |
| 8/26/14 | Time | Michael Parsons | 300 | 1.2 | Document | Expert Report | Reviewing Expert Report from |
| 8/27/14 | Time | Doug Welmaker | 600 | 1.5 | Conference | with third parties re: | Consulting experts Pat Slate and |

| Date | Type | Name | Amount | Hours | Activity | Description 1 | Description 2 |
|---|---|---|---|---|---|---|---|
| 8/27/14 | Time | Michael Parsons | 150 | 0.6 | Document | Pay checks and | Determine which records need to be |
| 8/28/14 | Time | Doug Welmaker | 600 | 1.5 | Conference | with both clients re: different methods of | Saved in attorney notes on system |
| 8/28/14 | Time | Doug Welmaker | 40 | 0.1 | Conference | with CJ, JC, DL re: | Tree meeting |
| 8/28/14 | Time | Michael Parsons | 300 | 1.2 | Conference | with both clients re: | Saved in attorney notes on system |
| 8/28/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Called | EM said Defendants contacted her ex-boyfriend |
| 8/28/14 | Time | Michael Parsons | 25 | 0.1 | Conference | Meeting | Meeting with DL, DW, BM, JC, and CJ |
| 8/29/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with third party re: damages | Consulting witness Morris Jennings |
| 9/2/14 | Time | Doug Welmaker | 160 | 0.4 | Conference | with third party re: damages | Morris Jennings |
| 9/4/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Returned Client Call | EM wanted to know about depos. |
| 9/5/14 | Time | Doug Welmaker | 440 | 1.1 | Conference | with third party re: damages | Consulting expert |
| 9/5/14 | Time | Doug Welmaker | 640 | 1.6 | Conference | with MP re: | As per discussion with consulting |
| 9/5/14 | Time | Michael Parsons | 275 | 1.1 | Conference | with third party re: damages | Consulting expert |
| 9/5/14 | Time | Michael Parsons | 400 | 1.6 | Conference | with DW re: damages, and evidence supporting same; begin revision of damages spreadsheet | As per discussion with consulting expert |
| 9/5/14 | Time | Michael Parsons | 150 | 0.6 | File Review | Organizing Sample of Records | Organized a sample of records for each Plaintiff to send to the expert. I sent the first three months of 2011, |
| 9/9/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | Spoke to EM briefly about getting us her phone records. |
| 9/9/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Client Returned Call | EM called back re: phone records. |
| 9/9/14 | Time | Michael Parsons | 50 | 0.2 | Conference | with DW re: Witnesses | Deciding which witnesses to contact |
| 9/11/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | ER Insur stands for Insurance. It only shows up on EM's. I spoke to JC and |
| 9/11/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called third party | Left Morris a message to call me back |
| 9/11/14 | Time | Michael Parsons | 275 | 1.1 | Conference | with third party re: | Consulting Expert Making new |

| Date | Type | Name | Amount | Hours | Activity | Subject | Description |
|---|---|---|---|---|---|---|---|
| 9/11/14 | Time | Michael Parsons | 75 | 0.3 | Document | Review notes | Review notes and spreadsheet before |
| 9/11/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | Left EM a message to call me back re:the "ER Insur" on the pay records. |
| 9/11/14 | Time | Michael Parsons | 100 | 0.4 | Document | Review Pay Records | It looks like the "ER Insur" for EM was |
| 9/11/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Returned Call | EM called back about what the "ER Insur" could be. |
| 9/11/14 | Time | Michael Parsons | 100 | 0.4 | Document Review | Compare Pay Records and Pay Checks | Compared EM's pay records with her pay checks re: he "ER Insur" |
| 9/11/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Phone Records | Tracking Phone Records sent from Fort Worth office and updating DW |
| 9/12/14 | Time | Michael Parsons | 75 | 0.3 | Conference | with third party re:damages | with Morris about the "ER Insur" |
| 9/15/14 | Time | Michael Parsons | 425 | 1.7 | Document Review | Reviewing Phone Records | Reviewed JC's phone records. |
| 9/16/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | EM re: phone records |
| 9/16/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Discovery Documents | Sent JC's phone records to Advance Discovery to be bate stamped and |
| 9/17/14 | Time | Doug Welmaker | 120 | 0.3 | Conference | with MP re: fact witness interview | Fact witness DW |
| 9/17/14 | Time | Doug Welmaker | 240 | 0.6 | Conference | with fact witness Lisa Chaney | re: facts of case |
| 9/17/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Returned Client Call | Left a message to call me back. |
| 9/17/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | Called JC to get witness phone #s |
| 9/17/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Witness | Called witness DW |
| 9/17/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Witness | Called witness JJ. |
| 9/17/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Witness | Called witness LC. |
| 9/17/14 | Time | Michael Parsons | 100 | 0.4 | Conference | with witness re: facts of case | See Memo to File |
| 9/17/14 | Time | Michael Parsons | 100 | 0.4 | Attention to File | Memo to File | Witness DW Interview 9/17/2014 |
| 9/17/14 | Time | Michael Parsons | 150 | 0.6 | Conference | with witness re: facts | See Memo to File |

| Date | Type | Name | Amount | Hours | Category | Description | Detail |
|---|---|---|---|---|---|---|---|
| 9/17/14 | Time | Michael Parsons | 75 | 0.3 | Conference | with DW re: fact witness interview | Witness DW |
| 9/17/14 | Time | Michael Parsons | 100 | 0.4 | Attention to File | Memo to File | LC Interrview |
| 9/17/14 | Time | Michael Parsons | 25 | 0.1 | Document Preparation | Supplemental Documents | Prepared Transmittal Letter for Supplemental Docs. Bate Stamped |
| 9/18/14 | Time | Doug Welmaker | 40 | 0.1 | Document Review | Review file, determine next | Get with other side to set up depos, finish up witness interviews, make |
| 9/18/14 | Time | Doug Welmaker | 120 | 0.3 | Conference | with fact witness, | Fact witness KD, note to file |
| 9/18/14 | Time | Doug Welmaker | 40 | 0.1 | Conference | with CJ, DL and JC | Tree meeting |
| 9/18/14 | Time | Michael Parsons | 75 | 0.3 | Correspondence | Sending Supplemental | Preparing Transmittal Letter and making arrangements to ship |
| 9/19/14 | Time | Doug Welmaker | 600 | 1.5 | Conference | with consulting | re: two different spreadsheets he has |
| 9/19/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with MP re: | MP thinks we need to account for |
| 9/19/14 | Time | Michael Parsons | 375 | 1.5 | Conference | with consulting expert re: calculation | re: spreadsheets he has provided us |
| 9/19/14 | Time | Michael Parsons | 100 | 0.4 | Document Review | Review Spreadsheets | Reviewed Spreadsheets before conference with consulting expert |
| 9/19/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Spoke with fact witness | witness JJ |
| 9/19/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Client | Re: phone records. |
| 9/19/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Returned Call | EM called about phone records. |
| 9/19/14 | Time | Michael Parsons | 50 | 0.2 | Conference | with DW re: damages analysis | |
| 9/19/14 | Time | Michael Parsons | 950 | 3.8 | Document Review | Spreadsheets | Ensure accuracy of spreadsheet |
| 9/24/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called fact witness | left a message. |
| 9/26/14 | Time | Michael Parsons | 425 | 1.7 | Document Review | Damages Spreadsheet | Reviewing Revised Damages Spreadsheet |
| 9/29/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed Clients | Emailed EM and JC about OC's email re: SW |
| 9/30/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called 3rd party | Left Morris a message. need to go over the new spreadsheet he sent over. |
| 9/30/14 | Time | Michael Parsons | 125 | 0.5 | Research | 3rd Party Called | See Memo to File |
| 9/30/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to File | The spreadsheets Morris sent on 9/25 or 26/2014 |

| Date | Type | Name | Amount | Hours | Category | Subject | Description |
|---|---|---|---|---|---|---|---|
| 9/30/14 | Time | Michael Parsons | 75 | 0.3 | Research | Client Returned Call | JC returned call about SW. |
| 9/30/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | Re: facts of case |
| 10/3/14 | Time | Michael Parsons | 50 | 0.2 | Research | 3rd Party Called | Morris called to let me know he would get the second template to us Monday |
| 10/6/14 | Time | Michael Parsons | 50 | 0.2 | Email | Received Spreadsheets | Received second set of templates. Saved all four spreadsheets under file |
| 10/7/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | with John Brannon re: settlement, says | OC: Looked through Janie's records, and his review shows about 8k owed to |
| 10/7/14 | Time | Doug Welmaker | 40 | 0.1 | Correspondence | Review email from Janie re: Brannon's | |
| 10/7/14 | Time | Doug Welmaker | 40 | 0.1 | Correspondence | email from Janie | regarding procedure for handling after hour phone calls |
| 10/8/14 | Time | Doug Welmaker | 80 | 0.2 | Document | Conf w/ CJ re: | Conf w/ CJ re: financial statements |
| 10/8/14 | Time | Michael Parsons | 75 | 0.3 | Document Review | Spreadsheet | I got Jennifer started on the first Spreadsheet for JC and EM. When she |
| 10/9/14 | Time | Michael Parsons | 100 | 0.4 | Correspondence | Mailed Client Letter | Sent EM Depo. DVD and letter with Depo. instructions |
| 10/9/14 | Time | Michael Parsons | 100 | 0.4 | Correspondence | Mailed Client Letter | Sent JC Depo. DVD and letter with Depo. instructions |
| 10/10/14 | Time | Michael Parsons | 150 | 0.6 | Document Preparation | Depo. Notices | Prepared Depo. notices for Phillip Galyen, Brian Farrington, Casey |
| 10/13/14 | Time | Michael Parsons | 225 | 0.9 | Document Review | Reviewing Spreadsheets | Reviewing Spreadsheets put together for damages |
| 10/14/14 | Time | Doug Welmaker | 600 | 1.5 | Conference | with MP re: | |
| 10/14/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called 3rd Party | Left Morris a message re: "Punch |
| 10/14/14 | Time | Michael Parsons | 100 | 0.4 | Telephone Call | 3rd party Called Back | See Memo to File |
| 10/14/14 | Time | Michael Parsons | 50 | 0.2 | Attention to File | Memo to File | The assumed hours Column needs to |
| 10/14/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | EM re: depo |
| 10/14/14 | Time | Michael Parsons | 375 | 1.5 | Conference | with DW re: spreadsheets | |
| 10/14/14 | Time | Michael Parsons | 175 | 0.7 | Document Review | Review and Study Spreadsheets before | |
| 10/16/14 | Time | Doug Welmaker | 40 | 0.1 | Conference | Conference with OC | Erica turned it in to Desi, she kept it in |
| 10/20/14 | Time | Doug Welmaker | 80 | 0.2 | Conference | multiple | Mediation is now November 7 in Forth |
| 10/20/14 | Time | Doug Welmaker | 120 | 0.3 | Research | mediators provided | |
| 10/24/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called OC | John Brannon requested the first wave |
| 10/24/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called OC | I searched to see if we had documents MAU0001-MAU0891 in a PDF version |
| 10/29/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Returned Client Call | JC wanted to know the address of the |
| 10/29/14 | Time | Michael Parsons | 150 | 0.6 | Document Review | Comparing Spreadsheets sent | |

| Date | Type | Name | Amount | Hours | Category | Description | Notes |
|------|------|------|--------|-------|----------|-------------|-------|
| 10/29/14 | Time | Michael Parsons | 50 | 0.2 | Document Review | Read and Review Letter | Read and reviewed mediation Letter and Policies. |
| 10/30/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called Fact Witness | Left witness JJ a message asking her |
| 11/3/14 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Returned Client Call | EM gave me her new email address. I updated it in her file. She said she received DW's email about Mediation. Friday (11/7/2014). |
| 11/4/14 | Time | Doug Welmaker | 1680 | 4.2 | Attend Meeting | with MP re: differences between defense counsel's | Morris will talk to us tomorrow at 10 a.m. |
| 11/4/14 | Time | Michael Parsons | 1050 | 4.2 | Attend Meeting | with DW re: differences between defense counsel's spreadsheets and | Morris will talk to us tomorrow at 10 a.m. |
| 11/5/14 | Time | David Langenfeld | 1320 | 3.3 | Legal Research | re issues for mediation | re damages |
| 11/5/14 | Time | David Langenfeld | 1440 | 3.6 | Conference | INteroffice DW re issues for mediation | re damages |
| 11/5/14 | Time | Doug Welmaker | 1320 | 3.3 | Legal Research | Research correct | Mediation Friday |
| 11/5/14 | Time | Doug Welmaker | 1440 | 3.6 | Document Review | Review all spreadsheets; | Mediation Friday |
| 11/5/14 | Time | Michael Parsons | 575 | 2.3 | Legal Research | Research payment methods for multiple | |
| 11/5/14 | Time | Michael Parsons | 725 | 2.9 | Attend Meeting | with DW and DL re: strategy for | Discuss strategy with DW and DL for our damages calculations for mediation |
| 11/6/14 | Time | David Langenfeld | 2440 | 6.1 | Attention to File | continue research | re damages |
| 11/6/14 | Time | David Langenfeld | 400 | 1 | Conference | DW and MP | mediation prep |
| 11/6/14 | Time | Doug Welmaker | 2440 | 6.1 | Legal Research | Continue research in preparation for | Mediation Friday |
| 11/6/14 | Time | Doug Welmaker | 280 | 0.7 | Document Preparation | Prepare mediation statement | Mediation tomorrow |
| 11/6/14 | Expenses | Doug Welmaker | 0 | | Rental Car | Enterprise rental car | Enterprise rental car |
| 11/6/14 | Time | Michael Parsons | 150 | 0.6 | Conference | with DW and DL re: damages | Damages calculations |
| 11/6/14 | Time | Michael Parsons | 1275 | 5.1 | Attention to File | continue research and conference DW | re damages |
| 11/7/14 | Time | Doug Welmaker | 4800 | 12 | Mediation | Prepare for and | Mediation |
| 11/7/14 | Expenses | Doug Welmaker | 0 | | Gas | gas | gas |

| | | | | | | Prepare, Travel, and Attend Mediation | Travel to and from Mediation, Prepare for Mediation, and Participate in Mediation |
|---|---|---|---|---|---|---|---|
| 11/7/14 | Time | Michael Parsons | 3000 | | 12 | Mediation | |
| 11/12/14 | Time | Doug Welmaker | 40 | | 0.1 | Correspondence | with OC re: settlement | |
| 11/12/14 | Time | Doug Welmaker | 640 | | 1.6 | Document Preparation | Prepare letter to clients re: mediation | Sent out Wednesday |
| 11/13/14 | Time | Michael Parsons | 75 | | 0.3 | Document Review | Reviewing email | Damages calculations |
| 11/13/14 | Time | Michael Parsons | 25 | | 0.1 | Telephone Call | Called Client | Called EM and left a message to call me. |
| 11/17/14 | Time | Michael Parsons | 25 | | 0.1 | Email | Emailed OC Defendants' Answer | OC requested us to email him Defendants' Answers to Plaintiffs' |
| 11/18/14 | Time | Doug Welmaker | 120 | | 0.3 | Conference | with CJ and JC re: status of case and | |
| 11/18/14 | Time | Doug Welmaker | 160 | | 0.4 | Correspondence | update clients on latest developments | |
| 11/18/14 | Time | Doug Welmaker | 120 | | 0.3 | Conference | with clients re: update on case | Discussed my email from earlier today |
| 11/21/14 | Time | Doug Welmaker | 600 | | 1.5 | Legal Research | re: deposition of | OC says he is entitled to take my |
| 11/21/14 | Time | Doug Welmaker | 200 | | 0.5 | Conference | multiple conferences with clients re: | Both have agreed to release the retaliation claim in exchange for a |
| 11/25/14 | Time | Michael Parsons | 75 | | 0.3 | Document Preparation | Responding to Defendants' request for Production | Put together Response to Defendants' request for Production sent 10/28/2014 |
| 12/1/14 | Time | David Langenfeld | 120 | | 0.3 | Conference | DW re strategy | re strategy for MSJ |
| 12/1/14 | Time | David Langenfeld | 400 | | 1 | Legal Research | and conference DW and MP | re 778.315 |

| Date | Type | Name | Amount | Hours | Category | Description | Notes |
|---|---|---|---|---|---|---|---|
| 12/1/14 | Time | Doug Welmaker | 1320 | 3.3 | Legal Research | review case law in preparation for expert deposition | depo on 12-9 |
| 12/1/14 | Time | Doug Welmaker | 440 | 1.1 | Conference | with MP re: calculation of damages | for depo of expert on 12-9 |
| 12/1/14 | Time | Michael Parsons | 275 | 1.1 | Conference | with DW re: calculation of | for depo of expert on 12-9 |
| 12/4/14 | Time | Doug Welmaker | 2080 | 5.2 | Legal Research | review cfr's and cases interpreting | |
| 12/4/14 | Time | Michael Parsons | 100 | 0.4 | Legal Research | Searching for Opinion Letter used by defense expert in his report | On Westlaw |
| 12/4/14 | Time | Michael Parsons | 25 | 0.1 | Telephone Call | Called State Library | Asked about searching for Fed. Opinion Letters. Directed me to www.gpo.gov/fdsys |
| 12/5/14 | Time | Doug Welmaker | 1840 | 4.6 | Deposition | prepare for Farrington's deposition | Review CFRs, review prior expert report, research case law for any discussion about paying out straight time first before paying overtime, even |
| 12/5/14 | Time | Michael Parsons | 175 | 0.7 | Conference | w/ DW about damages | Going over CFR's and HOH to determine calculation of damages |
| 12/5/14 | Time | Michael Parsons | 675 | 2.7 | Legal Research | Research case law on how damages | Cases dealing with 29 CFR 778.223 |
| 12/8/14 | Time | Doug Welmaker | 600 | 1.5 | Conference | Multiple conferences with PD and JC re: | |
| 12/8/14 | Time | Doug Welmaker | 200 | 0.5 | Conference | Multiple conferences with Brannon re: possible settlement | |
| 12/8/14 | Time | Doug Welmaker | 840 | 2.1 | Deposition | Continue preparing for Farrington | |
| 12/8/14 | Time | Doug Welmaker | 1400 | 3.5 | Deposition | Prepare for deposition tomorrow | Brian Farrington, their expert |

| Date | Type | Person | Amount | Hours | Category | Description | Notes |
|---|---|---|---|---|---|---|---|
| 12/9/14 | Time | Doug Welmaker | 4360 | 10.9 | Deposition | Prepare for and take deposition of Brian Farrington | |
| 12/11/14 | Time | Ben Michael | 632.5 | 2.3 | Document Review | reviewed file | summarized deop |
| 12/11/14 | Time | Doug Welmaker | 200 | 0.5 | Conference | with BM re: Farrington depo | |
| 12/12/14 | Time | Michael Parsons | 75 | 0.3 | Legal Research | On the phone with State Law Librarian | re: damages |
| 12/12/14 | Time | Michael Parsons | 450 | 1.8 | Legal Research | Searching for DOL Opinion Letter | |
| 12/19/14 | Time | Ben Michael | 27.5 | 0.1 | Document Review | Reviewed TWC documents | filed TWC letter |
| 12/23/14 | Time | Michael Parsons | 25 | 0.1 | Email | Emailed Clients | re: trial |
| 1/16/15 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Called Client | |
| 1/29/15 | Time | Doug Welmaker | 80 | 0.2 | Attention to File | review file in preparation for | |
| 2/19/15 | Time | Michael Parsons | 50 | 0.2 | Telephone Call | Client Called | JC |
| 3/2/15 | Time | David Langenfeld | 120 | 0.3 | Conference | DW interoffice | re strategy moving forward |
| 3/2/15 | Time | Doug Welmaker | 2880 | 7.2 | Legal Research | regarding intent of | |
| 3/3/15 | Time | Doug Welmaker | 1840 | 4.6 | Document Preparation | Prepare jury charge | Send over to defendants at 11:20 a.m. |
| 3/5/15 | Time | Doug Welmaker | 880 | 2.2 | Document Preparation | Prepare proposed pretrial order | Sent to OC today |
| 3/5/15 | Time | Doug Welmaker | 480 | 1.2 | Document Review | to determine exact numbers the parties stipulated to previously | . |
| 3/5/15 | Time | Michael Parsons | 200 | 0.8 | Document Review | Configure Stipulated Hours | Search through Spreadsheets to establish the hours that have been stipulated upon |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/6/15 | Time | Doug Welmaker | 600 | 1.5 | Conference | multiple conferences with OC re: settlement and preparation of pretrial order; continue revising pretrial order | |
| 3/12/15 | Time | Doug Welmaker | 40 | 0.1 | Conference | Strategy meeting | Tree meeting with DL, CJ, JC |
| 4/15/15 | Time | Doug Welmaker | | 5.1 | Document Preparation | Prepare fee application | |
| 4/16/15 | Time | Doug Welmaker | | 3.5 | Document Preparation | Prepare fee application | |
| 4/20/15 | Time | Doug Welmaker | | 4.9 | Document Preparation | Prepare fee application | |
| 4/21/15 | Time | Doug Welmaker | | 3.5 | Document Preparation | Prepare fee application | |
| 4/22/15 | Time | Doug Welmaker | | 2.8 | Document Preparation | Continue preparing fee application | |
| 4/23/15 | Time | Doug Welmaker | | 5.2 | Document Preparation | Continue preparing fee application | |
| Confidential Information - Do Not Distribute | | | | | | | |
| Copyright (c) 2000-2015 salesforce.com, inc. All rights reserved. | | | | | | | |
| Dunham & Jones, Attorneys at Law | | | | | | | |
| Generated By: Monica Thomason 3/25/2015 3:47 PM | | | | | | | |