## <u>DECLARATION OF DAVID G. LANGENFELD</u>

1.     My name is David G. Langenfeld.  I am over the age of eighteen years, have personal knowledge of the matters set forth herein, and am competent to make this declaration.  I make this declaration pursuant to the provisions of 28 U.S.C. Sec. 1746.

2.     I am an attorney licensed to practice law in the state of Texas, and am admitted to practice in all of the federal district courts in Texas.  I am Board Certified in Labor and Employment Law by the Texas Board of Legal Specialization, 2014.

3.     I have been licensed to practice law in the state of Texas since May 1, 1992, and graduated from Thomas M. Cooley Law School in January 1992.  I have assisted in representing all Plaintiffs in this lawsuit.

4.     I have been litigating labor and employment lawsuits in state and federal courts in Texas since 1994.  For the last several years, I have been primarily engaged in wage and hour litigation in federal court, including both individual and collective actions under the Fair Labor Standards Act ("FLSA").  I regularly represent plaintiffs in FLSA litigation in the United States Federal District Courts in the Northern, Southern, Eastern and Western Districts of Texas.  My curriculum vitae is attached to this declaration as Attachment 1.

5.     I am personally familiar from my own experience, from my knowledge of other attorneys' billing rate in FLSA cases I have handled and from discussing with other attorneys what a reasonable billing rate for an attorney with similar experience to me is in the Northern District of Texas. It is my opinion that a reasonable hourly rate for an attorney with similar experience and expertise as myself, such as Doug Welmaker, is $400.00 per hour.  Recently, my then billing rate of $400 an hour was approved in *Robinson v. Nexion Health at Terrell, Inc.*, CA No. 3:12-cv-03853, N.D. Tex., Dkt. 56, Feb. 11, 2015.

## Exhibit B

and recoverable expenses in the amount of $2,521.93. It is my opinion that the time spent was necessary to the prosecution of Plaintiffs' claims, and that the time spent and amounts charged are reasonable for the type of lawsuit, type of work performed, and based on my abilities and experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2015 in Austin, Texas.

4/23/15
Dated

David G. Langenfeld

6.  Plaintiffs' attorney's fees incurred in this matter amount to $91,960.00 and costs and recoverable expenses in the amount of $2,527.93. It is my opinion that the time spent was necessary to the prosecution of Plaintiffs' claims, and that the time spent and amounts charged are reasonable for the type of lawsuit, type of work performed, and based on my abilities and experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2015 in Austin, Texas.

4/13/15
Dated

David G. Langenfeld

2

# DUNHAM & JONES

A PROFESSIONAL CORPORATION
1800 GUADALUPE
AUSTIN, TEXAS 78701
TELEPHONE: (512) 777-7777
FAX: (512) 340-4051

DAVID G. LANGENFELD
ATTORNEY AT LAW
david@dunhamlaw.com

### *BOARD CERTIFICATION:*
Board Certified, Labor & Employment Law, Texas Board of Legal Specialization

### *PROFESSIONAL EXPERIENCE:*
*Dunham & Jones, P.C.*, Austin, Texas, 2010-Present
> Employment Law. Represent Plaintiffs in Individual, Multi-Plaintiff, and Collective Actions. Primarily Federal Court practice involving FLSA overtime claims and Title VII employment discrimination suits.

*Law Office of David G. Langenfeld*, Corpus Christi, Texas, 1994-2010
> General civil and criminal trial practice. Civil practice included representation of plaintiffs in matters involving employment law, medical malpractice, product liability, and automobile and heavy truck collisions. Criminal practice included the representation of individuals in State andFederal Court. Won acquittals for clients charged with crimes including, but not limited to, D.W.I., assault, aggravated sexual assault, burglary, drug possession, and murder.

*Pipitone, Schauer & Simank, P.C.* Corpus Christi, Texas, 1993-1994
> Associate attorney. Primary areas of practice included insurance defense and commercial litigation. Represented defendants in personal injury lawsuits.

### *EDUCATION:*
Juris Doctor, *cum laude*, Thomas M. Cooley Law School, Lansing, Michigan, 1992
> Class Rank 8/136; G.P.A. 3.36      Law Review
> Dean's List; Honor Roll      National Trial Team
> Recognized in *Who's Who: American Law Students*, 1992

Bachelor of Science, St. Edward's University, Austin, Texas, 1985
> Varsity Baseball Team Captain

### *SPEAKING/PUBLICATION:*
> Employment Discrimination Legal Redress, NAACP State Convention
> > Presentation--Killeen, Texas, October 9, 2010

> ADA Overview and Update, Sterling Education Services
> > Presentation & Paper--Corpus Christi, Texas, January 27, 2010

> FLSA/Wage and Hour Update in Today's Economy, Sterling Education Services
> > Presentation & Paper--Corpus Christi, Texas, January 27, 2010

### *ADMITTED TO PRACTICE LAW:*
> State Bar of Texas.
> United States District Court, Northern, Southern, Eastern, and Western Districts of Texas.
> United States Court of Appeals, Fifth Circuit.

Attachment 1