AO 133    (Rev. 12/09) Bill of Costs - TXND

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

ERICA MAURICIO AND JANIE COVARRUBIAS )
)
)
v. )    Case No.:3:14-CV-64
PHILLIP GALYEN, P.C. D/B/A BAILEY & )
GALYEN, AND PHILLIP GALYEN, )
INDIVIDUALLY )

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 150.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 981.26 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34.71 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 955.96 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| TOTAL    $ | 2,521.93 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐    Electronic service                 ☐    First class mail, postage prepaid

☑    Other:        Pursuant to Plaintiffs' Fee Application, filed on 4/23/15.

s/ Attorney:    Douglas B. Welmaker

Name of Attorney: Douglas B. Welmaker

For: _____ Erica Mauricio and Janie Covarrubias _____    Date: ____ 04/23/2015 ____
                    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*

## Exhibit C



- Close Window
- Print This Page
- Expand All | Collapse All

## B-07344

| | | | |
|---|---|---|---|
| **Matter** | Mauricio, Erica and Covrrubias, Janie v. Bailey & Galyen | **Incurred By** | File Clerk |
| **Transaction** | Filing Fee | **Date Incurred** | 1/9/2014 |
| **Transaction Description** | Meagan Hurley: Filing Fee | | |
| **Hours Worked** | | **Expense** | $400.00 |
| **Billable Hours** | $0.00 | | |

### Internal Note

Notes

### System Information

| | | | |
|---|---|---|---|
| **Created By** | Bill Baker, 2/27/2014 2:08 PM | **Last Modified By** | Bill Baker, 2/27/2014 2:08 PM |
| | | **Transaction Type** | Expenses |

Copyright © 2000-2015 salesforce.com, inc. All rights reserved.

## INVOICE

Invoice #WMC-2014000223
1/23/2014

Original Date: 1/16/2014

JAN 28 2014

Send Payments To:
Statewide Civil Process, Inc.
4100 Ed Bluestein Blvd.
Suite 201
Austin, TX 78721
Phone: (877) 287-1364
Fax: (512) 687-4028
20-8624970

Dunham & Jones
1800 Guadalupe
Austin, TX 78701

Reference Number: Mauricio&Cavoarrubias V. Galyen and Bail

**Case Number: NORTHERN 3:14-CV-64**

Plaintiffs:
**ERICA MAURICIO AND JANIE COVARRUBIAS**

Defendants:
**PHILLIP GALYEN, P.C. D/B/A BAILEY & GALYEN AND J.C. BAILEY, III INDIVIDUALLY**

Received: 1/9/2014    Served: 1/16/2014 3:55 pm    CORPORATE
To be served on: PHILLIP GALYEN, P.C. D/B/A BAILEY & GALYEN BY DELIVERING TO ITS REGISTERED
AGENT PHILLIP GALYEN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Service | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:**                                                                     $75.00

Did you know that the File-Stamped Return of Service, Service Affidavit, and Invoice are all attached electronically and can
be reviewed and printed through our website?  http://www.scp-tx.com/login/

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



# INVOICE

Invoice #WMC-2014000222
1/23/2014

Original Date: 1/16/2014

JAN 2 8 2014

Dunham & Jones
1800 Guadalupe
Austin, TX 78701

**Send Payments To:**
Statewide Civil Process, Inc.
4100 Ed Bluestein Blvd.
Suite 201
Austin, TX 78721
Phone: (877) 287-1364
Fax: (512) 687-4028
20-8624970

Reference Number: Mauricio&Cavoarrubias V. Galyen and Bail

**Case Number: NORTHERN 3:14-CV-64**

Plaintiffs:
**ERICA MAURICIO AND JANIE COVARRUBIAS**

Defendants:
**PHILLIP GALYEN, P.C. D/B/A BAILEY & GALYEN AND J.C. BAILEY, III INDIVIDUALLY**

Received: 1/9/2014    Served: 1/16/2014 3:56 pm  PERSONAL - POE
To be served on: PHILLIP GALYEN

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Service | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| BALANCE DUE: | | | $75.00 |
|---|---|---|---|

Did you know that the File-Stamped Return of Service, Service Affidavit, and Invoice are all attached electronically and can be reviewed and printed through our website? http://www.scp-tx.com/login/

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



**ESQUIRE**
SOLUTIONS

Dallas
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

DOUG WELMAKER ,ESQ
DUNHAM & JONES
1800 GUADALUPE STREET
AUSTIN, TX 78701

## Invoice # ESQ229425

| Invoice Date | 12/17/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/16/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/09/2014 | MAURICIO, ERICA VS. GALYEN, PHILLIP,. P.C. | 246835 | 12/10/2014 | F-P-O |

| Description |
|---|
| Original Deposition for BRIAN FARRINGTON, 12/09/2014 (BEDFORD, TX) |
| EXHIBITS |

MATTER NUMBER: NA

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/31/2015** | **$ 981.26** |

---

x Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

 

**ESQUIRE**

| Invoice #: | ESQ229425 |
|---|---|
| Payment Due: | 01/16/2015 |
| **Amount Due On/Before 01/31/2015** | **$ 981.26** |

DUG WELMAKER ,ESQ
JNHAM & JONES
00 GUADALUPE STREET
JSTIN, TX 78701

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

196  0000229425 12172014 3 000098126 4 01162015 01312015 5 000107939 63

# STATEMENT

ESQUIRE
SOLUTIONS

**Remit To:**

Esquire Deposition Solutions, LLC
P. O. Box 846099,
Dallas TX 75284-6099

DUNHAM & JONES
1800 GUADALUPE STREET
AUSTIN, TX 78701

| ACCOUNT NUM | DATE |
|---|---|
| 063536 | 12/31/2014 |

| CURRENT | 31-60 DAYS | 61-90 DAYS |
|---|---|---|
| $ 981.26 | $ 0.00 | $ 0.00 |
| **91-120 DAYS** | **121+ DAYS** | **TOTAL DUE** |
| $ 0.00 | $ 0.00 | $ 981.26 |

Questions? Please contact Accounts Receivable; Phone: (404) 443-7190, Fax: (856) 437-5009

| JOB DATE | DEPONENT | CLAIM NUM | ATTORNEY | CASE CAPTION | INV NUM | INV DATE | INV AMT | PMT RCVD | PMT RECEIVED FROM | INV BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/09/2014 | FARRINGTON, BRIAN | NA | WELMAKER, DOUG | MAURICIO, ERICA VS. GALYEN, P | ESQ229425 | 12/17/2014 | $ 981.26 | $0.00 | | $ 981.26 |
| | | | | | | | | | **TOTAL BALANCE DUE** | **$ 981.26** |

| Ship Another | Print | Reports | Schedule Pickup |

# Lone Star Overnight
## Customer Shipping Record
### Tracking Number: ZR178728

**Click Here to schedule a Pickup**

**From:** DOUG WELMAKER
DUNHAM & JONES ATTYS AT LAW
1800 GUADALUPE ST
AUSTIN, TX 78701
(512) 777 - 7777

**To:** JOHN S BRANNON
BAILEY & GALYEN
1901 AIRPORT FREEWAY
BEDFORD, TX 76021
(817) 359 - 7035

**Delivery Options**

| | | | |
|---|---|---|---|
| Service Type: | Ground | Delivery Confirmation: | Yes |
| Declared Value: | $100.00 | LSO Simple Pricing: | No |
| Weight: | 9.00 lbs. | Estimated Base Price: | $8.71 |
| Pieces: | 1 of 1 | Estimated Other Fees: | $0.65 |
| | | Estimated Total Charge: | $9.36 |

Date Printed: 5/6/2014

**LIMIT OF LIABILITY:** We are not responsible for claims in excess of $100 for any reason unless you: 1) declare a greater value (not to exceed $25,000); 2) pay an additional fee; 3) and document your actual loss in a timely manner. We will not pay any claim in excess of the actual loss. We are not liable for any special or consequential damages. Additional limitations of liability are contained in our current Service Guide. If you ask us to deliver a package without obtaining a delivery signature, you release us of all liability for claims resulting from such service. NO DELIVERY SIGNATURE WILL BE OBTAINED FOR 8:30 AM DELIVERIES OR RESIDENTIAL DELIVERIES.

**WARNING:** Use only the printed original label for shipping. Using a photocopy of this label or any other label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your Lone Star Overnight account number.

**RIGHT TO INSPECT:** We may, at our option, open and inspect any shipment prior to or after you give it to us to deliver.

Prices calculated on the website are estimates based on the information provided. Charges may change due to, but not limited to the following: Address Correction, Unspecified Residential Delivery, Incomplete or Inaccurate Dimensional and Weight Data.

## NOTE: This is not an airbill for use in the delivery of a package.

Questions? Call 800.800.8984

| Ship Another | Print | Reports | Schedule Pickup |

Case 3:14-cv-00064-L    Document 35-3    Filed 04/23/15    Page 7 of 10    PageID 202

Mauricio

| Ship Another | Print | Reports | Schedule Pickup |

# Lone Star Overnight

## Customer Shipping Record

### Tracking Number:  ZR656551

**Click Here to
schedule a Pickup**

**Delivery Options**

**From:** MICHAEL L PARSONS, ESQ.
DUNHAM &
JONES ATTYS AT LAW
1800 GUADALUPE ST
AUSTIN,
TX  78701
(512) 777 - 7777

| | | | |
|---|---|---|---|
| **Service Type:** | Ground | **Delivery Confirmation:** | Yes |
| **Declared Value:** | $100.00 | **LSO Simple Pricing:** | No |
| **Pickup Date:** | 9/18/2014 4:32:00 PM | **Estimated Base Price:** | $23.98 |
| **Weight:** | 45.00 lbs. | **Estimated Other Fees:** | $1.68 |
| **Pieces:** | 1 of 1 | **Estimated Total Charge:** | $25.66 |
| | | **Actual Total Charge:** | $25.35 |

**To:** JOHN L FREEMAN
KEY HARRINGTON
BARNES PC
3710 RAWLINS ST.,
SUITE 950
DALLAS, TX  75219
(214) 615 - 7925

**Delivery Info**
**Status:** Delivered
**Date/Time:** 9/19/2014 12:21:00 PM
**Delivery Signature:** BARNES

Date Printed:  9/18/2014

**LIMIT OF LIABILITY:** We are not responsible for claims in excess of $100 for any reason unless you: 1) declare a greater value (not to exceed $25,000); 2) pay an additional fee; 3) and document your actual loss in a timely manner. We will not pay any claim in excess of the actual loss. We are not liable for any special or consequential damages. Additional limitations of liability are contained in our current Service Guide. If you ask us to deliver a package without obtaining a delivery signature, you release us of all liability for claims resulting from such service. NO DELIVERY SIGNATURE WILL BE OBTAINED FOR 8:30 AM DELIVERIES OR RESIDENTIAL DELIVERIES.

**WARNING:** Use only the printed original label for shipping. Using a photocopy of this label or any other label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your Lone Star Overnight account number.

This label is valid for use for 3 months from the date printed. Use of expired labels may result in delayed billing and / or additional research charges.

**RIGHT TO INSPECT:** We may, at our option, open and inspect any shipment prior to or after you give it to us to deliver.

Prices calculated on the website are estimates based on the information provided. Charges may change due to, but not limited to the following: Address Correction, Unspecified Residential Delivery, Incomplete or Inaccurate Dimensional and Weight Data.

## NOTE:    This is not an airbill for use in the delivery of a package.

Questions? Call 800.800.8984

| Ship Another | Print | Reports | Schedule Pickup |

 **ADVANCED™ DISCOVERY**

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
**P.O. Box 3173**
**Wichita, KS 67201-3173**
**877-876-7706**

# Invoice

| Date | Invoice # |
|---|---|
| 9/17/2014 | B127971 |

Tax ID - 47-1377551

| Bill To | Ship To |
|---|---|
| Dunham & Jones<br>1800 Guadalupe<br>Austin, Texas 78701 | |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| AUS010829 | Net 30 | 10/17/2014 | JPS | Mauricio | Mauricio | Michael Parsons |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4,183 | Bates Labeling - MAU0820 - MAU5002 | 0.06 | 250.98T |
| 4,183 | Photocopying - Light Litigation | 0.11 | 460.13T |

| | |
|---|---|
| **Subtotal** | $711.11 |
| **Sales Tax  (8.25%)** | $58.67 |
| **Invoice Total** | $769.78 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $769.78 |

**Signature:**

TERMS:  This invoice is due and payable within 30 days of invoice date and past due after that.  Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery.  Your signature above is an agreement that the above described work has been authorized and received.



ADVANCED™
DISCOVERY

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Remit to:**
P.O. Box 3173
Wichita, KS 67201-3173
877-876-7706

# Invoice

| Date | Invoice # |
|---|---|
| 4/28/2014 | B115328 |

| Tax ID - 27-2325900 |
|---|

| Bill To | Ship To |
|---|---|
| Dunham & Jones<br>1800 Guadalupe<br>Austin, Texas 78701 | |

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| AUS009444 | Net 30 | 5/28/2014 | LK AU | Mauricio | Mauricio | Michael Parsons |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 819 | Electronic Bates Numbering | 0.06 | 49.14T |
| 819 | Photocopying - Heavy/Medium Litigation | 0.15 | 122.85T |

| | |
|---|---|
| **Subtotal** | $171.99 |
| **Sales Tax (8.25%)** | $14.19 |
| **Invoice Total** | $186.18 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $186.18 |

**Signature:**

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.