## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ERICA MAURICIO AND JANIE COVARRUBIAS, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:14-CV-064-L |
| PHILLIP GALYEN, P.C. d/b/a Bailey & Galyen and PHILLIP GALYEN, Individually, Defendants. | § § § § | |

## ORDER

Pursuant to the *Order of Reference*, filed April 24, 2015, before the Court for recommendation is *Plaintiffs' Application for Award of Attorney's Fees, Costs and Expense*, filed April 23, 2015 (doc. 35).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Thursday, May 14, 2015**.  Movant may file a reply no later than **Thursday, May 28, 2015**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 27th day of April, 2015.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1]Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions.  Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*."  (emphasis added).  Briefs containing authorities greatly assist the Court in making rulings more expeditiously.