IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERICA MAURICIO and JANIE COVARRUBIAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:14-CV-64-L** |
| PHILLIP GALYEN, P.C. d/b/a Bailey & Galyen; and PHILLIP GALYEN, Individually, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is Plaintiffs' Application for Award of Attorney's Fees, Costs and Expenses (Doc. No. 35), filed April 23, 2015. The court referred the motion to the Honorable United States Magistrate Judge Irma Carrillo Ramirez on April 24, 2015. Judge Ramirez issued her Findings, Conclusions and Recommendation ("Report") on December 3, 2015 (Doc. No. 41). Judge Ramirez recommended that the motion be granted and that Plaintiffs recover $91,960 in attorney's fees and $2,521.93 in costs from Defendants Galyen, P.C. and Phillip Galyen ("Defendants").

Defendants timely objected to the Report. Defendants filed six specific objections. *See* Defs.' Specific Objs. to the Findings, Conclusions and Recommendation. Defendants did not file or seek to file a reply to Plaintiffs' response.

The court has reviewed the record and Report and has conducted a de novo review of that part of the Report to which each objection was made. After careful review of the Report and record, the court determines that the findings and conclusions of the magistrate judge are correct,

and accepts them as those of the court. The court **overrules** Defendants' objections. Accordingly, the court **grants** Plaintiffs' Application for Award of Attorney's Fees, Costs and Expenses. Plaintiffs are entitled to and shall recover from Defendants, jointly and severally, the amount of $91,960 in attorney's fees, and $2,521.93 in costs from Defendants, for a total amount of **$94,481.93**. The total amount shall accrue postjudgment interest at the rate of **.64** percent per annum from the date of entry of this order until the total amount awarded is paid in full.

    **It is so ordered** this 30th day of March, 2016.

                                                Sam A. Lindsay
                                                United States District Judge